UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| FRED F. KORANGY and ENERGY GROUP LTD. <br><br> Plaintiffs <br><br> v. <br><br> MOBIL OIL CORPORATION, et al. <br><br> Defendants. | Civil Action No. CCB-98-2803 |

**STIPULATION FOR EXTENSION OF TIME**

Now comes the Defendants Carroll Independent Fuel Company and HJR-Benson Venture LLC and Plaintiffs Fred F. Korangy and Energy Group Ltd., by their respective undersigned counsel, and hereby stipulate and agree that the deadline for Defendant Carroll Independent Fuel Company to file their Reply to Plaintiffs' Response to Carroll Independent Fuel Company's Motion for Summary Judgment shall be extended through and including October 22, 1999.

| | |
|---|---|
| Harry C. Storm             (Bar No. 00810) <br> James L. Parsons, Jr.      (Bar No. 07518) <br> Abrams, West, Storm & Diamond, P.C. <br> 4550 Montgomery Avenue, Suite 760N <br> Bethesda, Maryland 20814 <br> (301) 951-1560 | Joseph M. English, IV    (Bar No. 23670) <br> Michael J. Kresslein       (Bar No. 24932) <br> McGuire, Woods, Battle & Boothe LLP <br> 7 Saint Paul Street, Suite 1000 <br> Baltimore, Maryland 21202 <br> (410) 659-4400 |
| Attorneys for Plaintiffs Fred F. Korangy and Energy Group Ltd. | Attorneys for Defendants Carroll Independent Fuel Company and HJR-Benson Venture LLC |

APPROVED THIS 12 DAY OF October, 1999.

_____
Catherine C. Blake
United States District Court Judge

\\PRO\16042.1