IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRED F. KORANGY and ENERGY GROUP LTD. <br><br> Plaintiffs <br><br> v. <br><br> MOBIL OIL CORPORATION, et al. <br><br> Defendants | Civil Action No. CCB 98-2803 |

### STIPULATION FOR EXTENSION OF TIME

Plaintiffs Fred F. Korangy and Energy Group Ltd. and Defendant Mobil Oil Corporation, ("Mobil") by their respective undersigned counsel, stipulate and agree that the deadline for Mobil to file its reply in support of its Motion for Summary Judgment shall be extended through and including October 20, 1999.

Respectfully submitted,

_____
Harry C. Storm (Bar No. 00810)
James L. Parsons, Jr. (Bar No. 07518)
Abrams, West, Storm & Diamond, P.C.
4550 Montgomery Ave., Ste. 760N
Bethesda, Maryland 20814
(301) 951-1560

Attorneys for Plaintiffs

_____
Edward C. Duckers
Lowell R. Stern
Kimberly D. Ziropoulos (Bar No. 13828)
Hogan & Hartson LLP
555 Thirteenth Street,, N.W.
Washington, D.C. 20004-1109
(202) 637-5600

Attorneys for Defendant Mobil Oil Corp.

\\\DC - 57656/90 - #961211 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of October 1999 a copy of the foregoing Stipulation for Extension of Time was mailed via first class mail, postage prepaid to:

        Joseph M. English, IV
        McGuire, Woods, Battle & Boothe, LLP
        7 St. Paul Street, Suite 1000
        Baltimore, MD 21202

        _____
        Lowell R. Stern

\\\DC - 57656/90 - #961211 v1