UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

1999 OCT 20  A 10: 14

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| FRED F. KORANGY and ENERGY GROUP LTD.<br><br>Plaintiffs<br><br>v.<br><br>MOBIL OIL CORPORATION, et al.<br><br>Defendants. | Civil Action No. CCB-98-2803 |

### STIPULATION FOR EXTENSION OF TIME

Now comes the Defendants Carroll Independent Fuel Company and HJR-Benson Venture LLC and Plaintiffs Fred F. Korangy and Energy Group Ltd., by their respective undersigned counsel, and hereby stipulate and agree that the deadline for Defendant Carroll Independent Fuel Company to file their Reply to Plaintiffs' Response to Carroll Independent Fuel Company's Motion for Summary Judgment shall be extended through and including October 29, 1999.

_____
Harry C. Storm          (Bar No. 00810)
James L. Parsons, Jr.   (Bar No. 07518)
Abrams, West, Storm & Diamond, P.C.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1560

Attorneys for Plaintiffs Fred F. Korangy and Energy Group Ltd.

_____
Joseph M. English, IV    (Bar No. 23670)
Michael J. Kresslein     (Bar No. 24932)
McGuire, Woods, Battle & Boothe LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4400

Attorneys for Defendants Carroll Independent Fuel Company and HJR-Benson Venture LLC

APPROVED THIS 20 DAY OF October, 1999.

_____
Catherine C. Blake
United States District Court Judge

\\PRO\16310.1

